UNITED STATES DISTRICT COURT
for the
Central District of California

FILED
CLERK, U.S. DISTRICT COURT
OCT 17 2012
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| | |
|---|---|
| AARON WALKER ) | |
| ) | 2:12-mc-460 |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. JFM-12-1852 |
| ) | |
| BRETT KIMBERLIN, ) | District of Maryland |
| ) | |
| JUSTICE THROUGH MUSIC, ) | |
| ) | |
| VELVET REVOLUTION, ) | |
| ) | |
| JOHN DOE 1 ) | |
| Proprietors of ) | |
| Breitbartunmasked.com ) | |
| ) | |
| Defendants. ) | |

**DECLARATION REGARDING THE SUBPOENA BY DAN BACKER, ATTORNEY FOR PLAINTIFF**

I, Dan Backer, as Attorney for Plaintiff, hereby request the United States District Court for the Central District of California issue a Subpoena to Produce Documents to WhoisGuard/Name Cheap, Inc., a California company, commanding WhoisGuard to produce identifying information regarding the proprietors of Breitbartunmasked.com.

The undersigned states that the information named here and requested by this Subpoena is material to this case, and good cause exists for its production: the names, addresses, and other information necessary to identify the proprietors of Breitbartunmasked.com.

I declare under penalty of perjury that the foregoing is true and correct.

Dan Backer, Esq.
209 Pennsylvania Avenue SE, Suite 2109
Washington, DC 20003
(202) 210-5431
Danbacker.esq@gmail.com